IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

FILED
JUN 04 2024
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | No. 1:24CR71SRC-ACL |
| v. ) | |
| ANDRA D. JENNINGS, JR., ) | 18 U.S.C. § 922(g)(1) |
| Defendant. ) | |

## INDICTMENT

### Count I

THE GRAND JURY CHARGES THAT:

On or about May 20, 2024, in Cape Girardeau County, within the Southeastern Division of the Eastern District of Missouri,

**ANDRA D. JENNINGS, JR.,**

the defendant herein, did knowingly possess in and affecting interstate commerce a firearm, knowing he had previously been convicted in any court, of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

### FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United

States Code, Section 922(g) as set forth above, the defendant shall forfeit to the United States of America any firearm or ammunition involved in or used in said violation.

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
UNITED STATES ATTORNEY

_____
JOHN N. KOESTER, JR., #52177MO
ASSISTANT UNITED STATES ATTORNEY

2